```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 10-22542-CIV-LENARD
                         MAGISTRATE JUDGE P.A. WHITE
```

LUIS CAMEJO-RODRIGUEZ,          :

    Plaintiff,               :

v.                              :     REPORT RE TRANSFER
                                        TO CORRECT VENUE
SCOTT FRAKES, et al,            :

    Defendants.              :
_____

    Luis Camejo Rdoriguez filed a <u>pro se</u> civil rights complaint alleging claims which arose out of conditions or events at MCC-SOU, an institution located in Washington State. He alleges that the defendants, including the Superintendent and employees at the institution, are engaged in mentally and physically torturing him, and seeks their arrest for "Genocides Racial Discrimination".

    The appropriate venue provision in this case is 28 U.S.C. §1391(b). <u>Clark v. Harp</u>, 737 F.Supp. 676 (D. D.C. 1990); <u>Harley v. Oliver</u>, 400 F.Supp. 105 (W.D. Ark. 1975). That section provides in relevant part that a case not based on diversity of citizenship should be brought in the judicial district where any defendant resides or where a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of property that is the subject of the action is situated.[1]

---

[1] The plaintiff alleges kidnaping, involving Florida Judges, Prosecutors and Public Defenders, however this claim is insufficient to establish venue in South Florida.

This case has no connection with the Southern District of Florida, and it is therefore recommended that the Clerk be directed to transfer it to the United States District Court in Washington State, pursuant to 28 U.S.C. §1406(a).

Dated this day of 28th July, 2010.

                                             _____
                                             UNITED STATES MAGISTRATE JUDGE

cc:   Luis Camejo-Rodriguez, Pro Se
      #812814
      MCC-SOU
      Monroe Washington